Case 07-70378   Doc 35   Filed 02/04/08   Entered 02/04/08 08:25:39   Desc Main
Document       Page 1 of 2

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: VICKIE L. CESNA  
6362 CEDAR POINT DRIVE  
LOVES PARK, IL  61111  

SSN-xxx-xx-2496

Case Number: 07-70378

Case filed on: 2/23/2007  
Plan Confirmed on: 5/18/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,580.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 010 | BAKER, MILLER, MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BLATT HASENMILLER LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | LYON & SILVESTRI | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | WFFINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | WOLPOFF & ABRAMSON, LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 10,146.83 | 10,146.83 | 0.00 | 0.00 |
|  | Total Priority | 10,146.83 | 10,146.83 | 0.00 | 0.00 |
| 999 | VICKIE L. CESNA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BLACKHAWK STATE BANK | 13,592.64 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS TITLE LOANS, INC | 1,528.82 | 350.00 | 350.00 | 12.79 |
| 003 | US BANK HOME MORTG COLLECTION SPECIALIST | 29,901.14 | 29,901.14 | 494.70 | 0.00 |
|  | Total Secured | 45,022.60 | 30,251.14 | 844.70 | 12.79 |
| 002 | ILLINOIS TITLE LOANS, INC | 0.00 | 1,178.82 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 124.36 | 124.36 | 0.00 | 0.00 |
| 005 | AFSCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMEX | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASPIRE VISA | 432.71 | 432.71 | 0.00 | 0.00 |
| 011 | BENEFICIAL | 5,342.83 | 5,342.83 | 0.00 | 0.00 |
| 012 | BERGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BP / CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CBUSASEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CITGO / CITIBANK SD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS PROTECTION SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DISCOVER FINANCIAL SERVICES | 6,452.91 | 6,452.91 | 0.00 | 0.00 |
| 022 | DISCOVER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROUNDUP FUNDING LLC | 551.95 | 551.95 | 0.00 | 0.00 |
| 024 | HOME DEPOT CREDIT CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MIRACLE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OLD NAVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | TNB - VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,182.81 | 1,182.81 | 0.00 | 0.00 |
| 033 | VATIV RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | EMIL CESNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PORTFOLIO RECOVERY ASSOCIATES | 1,460.33 | 1,460.33 | 0.00 | 0.00 |
|  | Total Unsecured | 15,547.90 | 16,726.72 | 0.00 | 0.00 |
|  | Grand Total: | 73,217.33 | 59,624.69 | 3,344.70 | 12.79 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $3,357.49 |
| Trustee Allowance: | $222.51 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>01/29/2008</u>                    By  <u>/s/Heather M. Fagan</u>